THE BANK OF UNITED STATES, Respondent, v. SAMUEL MAYER and ISIDOR BERG, Defendants, Impleaded with WILLIAM F. HENCKEN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MANUFACTURERS TRUST COMPANY, Appellant, v. BESSIE C. H. GOODMAN, Respondent.— No triable issue is presented. Notice of dishonor of the note in suit was waived. (Neg. Inst. Law, § 180; Nat. Hudson River Bank v. Reynolds, 57 Hun, 307; Sheldon v. Horton, 43 N. Y. 93; Cady v. Bradshaw, 116 id. 188.) This issue was presented in the Municipal Court and determined adversely to the defendant by the judgment therein. Order reversed, with twenty dollars costs and disbursements, and motion granted. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

STELLA NORWOOD, Appellant, v. SAMUEL SCHACHER, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Townley, Glennon and Untermyer, JJ., concur solely on the ground that the expert testimony of Alfred Roeder as showing a general custom was improperly admitted.

MICHAEL H. KRAM, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Order appealed from affirmed. Present — Finch, P. J., Merrell, Townley and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of LOUISE ALMS BURDSAL, Deceased.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Estate of ELIZABETH ATKINS, Deceased.— Decree affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon, J., concurs solely on the ground that the proof submitted by petitioners is insufficient to indicate that there were no direct next of kin of Elizabeth Atkins, deceased.

IRENE RUDDOCK and LIONEL RUDDOCK, Respondents, v. ANNA HANTMAN, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY. HARRY J. WINSER and Others, Appellants; GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, Respondent.— Decree affirmed, with costs to the respondent. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARY ROBINSON, Respondent, v. AMERICAN TELEPHONE AND TELEGRAPH COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.